JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAY LADEAN NASH,

      Petitioner,

vs.

RICHARD IVES, Warden,

      Respondent.

Case No. CV 13-7016-ABC (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 3/5/2014

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE