JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-10-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
APR 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JAY LADEAN NASH,

   Petitioner,

vs.

RICHARD IVES, Warden,

   Respondent.

Case No. CV 13-7016-ABC (RNB)

**JUDGMENT**

Pursuant to the Superseding Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 4/8/2013

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE